**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Brian Burckhartte

                         Plaintiff,

v.                                                              Case No.: 1:19−cv−00729
                                                                               Honorable John Robert Blakey

General Motors, LLC, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 26, 2019:

       MINUTE entry before the Honorable John Robert Blakey: Based upon the filing of the stipulated dismissal [28], Defendant General Motors Corporation is dismissed with prejudice. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.