

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**                                                                                          312-435-5670
**Clerk**

Date: September 12, 2019

Re: Burckhartte v. GM Corporation et al

USDC Case Number: 19 cv 729

Dear Clerk:

Pursuant to the order entered by Honorable **John Robert Blakey**, on 9/11/2019, the above record was

☒ electronically transmitted to USDC Northern District of Indiana

☐ paper documents were sent via certified mail to

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely,
Thomas G. Bruton, Clerk

By:   /s/ Melissa Astell
        Deputy Clerk

New Case No. _____        Date _____

cc:   Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016